■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON VILLANUEVA, Appellant. [946 NYS2d 468]—Judgment of resentence, Supreme Court, New York County (Charles H. Solomon, J.), rendered July 27, 2010, resentencing defendant, as a second violent felony offender, to a term of eight years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Andrias, J.P., Friedman, Sweeny, Manzanet-Daniels and Román, JJ.